# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 08-CR-30145-WDS |
| FREDDIE E. PAYNE, | ) | |
| Defendant. | ) | |

## O R D E R

**STIEHL, District Judge:**

On November 7, 2008, the United States of America and defendant Freddie E. Payne consented to appear before Magistrate Judge Philip M. Frazier pursuant to Federal Rule of Criminal Procedure 11 and SDIL Rule 72.1(b)(2). At that time, the defendant entered a plea of guilty to Count 1 of the Indictment.

On November 7, 2008, Judge Frazier submitted a Report recommending that the undersigned District Judge accept the plea of guilty, that a presentence investigation and report be prepared, and that the Defendant be adjudicated guilty and have sentence imposed accordingly (Doc. 26).

The Report was sent to the parties along with a "NOTICE" informing them of their right to appeal by way of filing "Objections" within ten days of service of the Report and Recommendation. Neither party has filed an objection, therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985);** *Video Views Inc. v. Studio 21, Ltd.*, **797 F.2d 538 (7th Cir. 1986).**

Accordingly, the undersigned District Judge **ADOPTS** Magistrate Judge Frazier's Report and Recommendation (Doc. 616), **ACCEPTS** defendant Freddie E. Payne's plea of guilty, and

**ADJUDGES** defendant Freddie E. Payne guilty.


**IT IS SO ORDERED.**

**DATE:      January 20, 2009**

                                                      **s/ WILLIAM D. STIEHL**
                                                           **DISTRICT JUDGE**